IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03036-RTG

JACOB VALINE,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF LABOR,
LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor,

    Defendants.

---

## ORDER DISMISSING CASE

---

Plaintiff Jacob Valine, a resident of Windsor, Colorado, commenced this action *pro se* on September 26, 2025 (ECF No. 1), and on October 7, 2025, he filed a Complaint (ECF No. 14). On October 15, 2025, Plaintiff filed a Notice of Voluntary Dismissal (ECF No. 16), in which he states that "[p]ursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure," he "voluntarily dismisses this action without prejudice."

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No responsive pleading or dispositive motion has been filed by the opposing party in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde*

*Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal Plaintiff must also pay the full $605 appellate filing fee or file a motion to proceed in forma pauperis in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is DISMISSED WITHOUT PREJUDICE pursuant to Plaintiff's Notice of Voluntary Dismissal. (ECF No. 16). It is

FURTHER ORDERED that all pending motions are DENIED as moot.

DATED at Denver, Colorado, this   17th   day of     October    , 2025.

BY THE COURT:

         s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court